IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Marsiglia, Bernard J

Printed: 8/21/07

Case Number: 06 B 14040
Judge: Wedoff, Eugene R
Filed: 10/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: June 26, 2007
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,319.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,649.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 302.47 |
| Other Funds: |  | 67.10 |
| Totals: | 6,319.00 | 6,319.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 1,300.00 | 1,300.00 |
| 2. | Capital One | Unsecured | 1,574.12 | 106.03 |
| 3. | Target National Bank | Unsecured | 4,885.31 | 361.73 |
| 4. | Educational Credit Management Corp | Unsecured | 19,535.84 | 1,446.54 |
| 5. | B-Real LLC | Unsecured | 393.34 | 26.49 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 843.10 | 56.79 |
| 7. | ECast Settlement Corp | Unsecured | 1,541.33 | 103.82 |
| 8. | American Express Centurion | Unsecured | 1,351.59 | 91.04 |
| 9. | ECast Settlement Corp | Unsecured | 199.90 | 0.00 |
| 10. | American Express Centurion | Unsecured | 4,814.35 | 356.48 |
| 11. | ECast Settlement Corp | Unsecured | 22,921.00 | 1,697.19 |
| 12. | American Express | Unsecured | 1,576.05 | 106.16 |
| 13. | ECast Settlement Corp | Unsecured | 4,013.24 | 297.16 |
|  |  |  | _____ | _____ |
|  |  |  | $ 64,949.17 | $ 5,949.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 281.03 |
| 5.4% | 21.44 |
|  | _____ |
|  | $ 302.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Marsiglia, Bernard J | Case Number:  06 B 14040 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/21/07 | Filed:  10/31/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*